IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| NOLAN BRIDGEWATER | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:06CV769HSO-JMR |
| | § | |
| NORTHROP GRUMMAN SHIP | § | |
| SYSTEMS, INC. | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Defendant Northrop Grumman Ship Systems, Inc.  The Court, after a full review and consideration of the record, including Defendant's Motion, Plaintiff's Response, Defendant's Rebuttal, the pleadings on file and the relevant legal authorities, finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56.  This Civil Action is hereby dismissed with prejudice, with each party to bear their respective costs.  All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 29th day of November, 2007.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE